Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org

*Attorney for Petitioner Cesar Alejandro Caal Cuz

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Cesar Alejandro Caal Cuz,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-02911-RFB-NJK<br><br>**Unopposed Motion for Extension of Time to File Reply in Support of Amended Petition**<br><br>**(First Request)** |

Petitioner Cesar Alejandro Caal Cuz requests that this Court extend the deadline for filing a reply in support of his first amended petition for a writ of habeas corpus by eight days, until October 30, 2026. This is his first request for an extension of this deadline.

Undersigned counsel requires additional time to prepare the reply because, to date, she has not received the audio of the bond hearing that the government represents was held on September 4, 2026, in Mr. Caal Cuz's case—despite the Court's September 14, 2026, order requiring the government to produce "transcripts, and/or audio recordings, of any custody redetermination proceeding(s)." *See* ECF No. 3 at 4. Counsel requested this audio from the government on October

15, 2026, after the government filed a response to Mr. Caal Cuz's amended petition producing, for the first time, a September 4, 2026, order of the immigration judge indicating that bond was "withdrawn at the request of the respondent."[1] *See* ECF No. 14-2 at 2.

On October 21, 2026, undersigned counsel conferred with James Sweetin, counsel for the government, who indicated that he has no objection to this request. Accordingly, Mr. Caal Cuz respectfully requests that the Court extend the deadline for filing an amended petition from October 22, 2026, to October 30, 2026. This request is made in good faith and not for the purpose of delay.

Dated October 22, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Bethany Wang Balchunas*
Bethany Wang Balchunas
Assistant Federal Public Defender

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: October 23, 2026

[1] The government also produced a Form I-862, Notice to Appear, for the first time in its response. *See* ECF No. 14-1.